IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


MARK DAVID ARCHER,            )
                              )
        Plaintiff,            )
                              )      CIVIL ACTION NO.
        v.                    )        2:17cv52-MHT
                              )            (WO)
DEWAYNE ESTES, et al.,        )
                              )
        Defendants.           )


OPINION AND ORDER

This lawsuit is before the court on the recommendation of the United States Magistrate Judge that the case be transferred to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 28 U.S.C. § 1631.  There are no objections to the recommendation.  (Petitioner has filed a response to the recommendation in which he apologizes for filing in the wrong district and explains that he acted on bad advice.)  After an independent and de novo review of the record, it is ORDERED as follows:

(1) The magistrate judge's recommendation (doc. no. 4) is adopted.

(2) This case is transferred to the United States District Court for the Northern District of Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 15th day of February, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE